UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   9:20-cv-80533

KATHRYN MALONEY,

    Plaintiff,

vs.

THE VILLAGE OF TEQUESTA, a municipal corporation
of the State of Florida, and DANIEL WAYCHOWSKY,
in his individual capacity.

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendant, DANIEL WAYCHOWSKY individually, by and through undersigned attorney, and pursuant to 28 U.S.C. §§§1441, 1443 and 1446, file this his Notice of Removal in the above-styled cause, removing same from the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County Florida, where the same is now pending as Case Number 50-2020-CA-002943 and removing same to the United States District Court, Southern District of Florida, and in support thereof, states as follows:

1.    On or about March 28, 2020, Plaintiff filed an Amended Complaint alleging claims arising under Florida Statutes § 768, 28 U.S.C. §1367, 42 U.S.C. §§ 1983 and 1988, U.S.C. §§ 1331 and 1343 and the Fourth and Fourteenth Amendments to the United States Constitution.  Plaintiff seeks damages, attorney's fees and costs pursuant to these federal constitutional claims.  Plaintiff has also asserted one or more supplemental state law claims within the Amended Complaint.  The Amended Complaint is attached hereto as Exhibit "A".

2. The Amended Complaint is the first pleading which gives rise to the right to remove the action.

3. Plaintiff is alleging that her civil rights were violated by the Defendant, DANIEL WAYCHOWSKY, individually for false arrest in violation of the Fourth and Fourteenth Amendment of Kathryn Maloney under 42 U. S. C. § 1983.

4. Pursuant to 28 U.S.C. §1331 and §1343(a)(3) this Court has original jurisdiction over this action, as this action presents a Federal question and seeks to redress the alleged deprivation of Plaintiffs' federal civil rights pursuant to 42 U.S.C. § 1983.  Therefore, this action is properly removable to this Court pursuant to Title 28 U.S.C. §1441(a) and (b) and §1443.  Additionally, Plaintiffs' state law claims are also properly removable under U.S.C. §1367(a) because this Court has supplemental jurisdiction over all State claims that are so related to claims in the action within the Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

5. In accordance with 28 U.S.C. § 1446(b)(2)(A), all Defendants joined in the action have consented to the removal of the action.

6. In accordance with 28 U.S.C. §1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Court of the Fifteenth Judicial Circuit of The State of Florida in and for Palm Beach County, Florida and is being served on Plaintiff.

7. A copy of the Amended Complaint is attached hereto as Exhibit "A", and the other pleadings filed in the state court action are attached hereto as Composite Exhibit "B."

**WHEREFORE,** Defendant respectfully requests that this matter be removed and that this Honorable Court grant such further and additional relief as may be otherwise proper.

### CERTIFICATION PURSUANT TO 28 U.S.C. §1446(a) AND RULE 11

Defendant, DANIEL WAYCHOWSKY, individually, by and through undersigned attorney, certifies that the Notice of Removal has been signed in accordance with Federal Rules of Civil Procedure Rule 11 and 28 U.S.C. §1446(a), and certifies that the above cause is removable from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida where same is now pending as Case No. 50-2020-CA-002943 to the United States District Court for the Southern District of Florida, and further verifies that the statements made above in the body of the Notice of Removal are true and correct to the best of the undersigned counsel's knowledge and belief.

Dated: March 30, 2020
Boca Raton, FL 33431

Respectfully submitted,

FRANK, WEINBERG & BLACK, P.L.
*Attorneys for Defendant*
1875 NW Corporate Blvd., Suite 100
Boca Raton, FL 33431
Telephone: (561) 979-0700
Fax: (954) 474-9850
E-Mail: SCD@fwblaw.net

By: /s/ Stephanie Deutsch
STEPHANIE C. DEUTSCH, ESQ.
Fla. Bar No. 503584

*MALONEY V. VILLAGE OF TEQUESTA, ET. AL.*
*DEFENDANT, DANIEL WAYCHOWSKY'S*
*NOTICE OF REMOVAL*
*PAGE 4*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing was filed with the Florida Courts e-filing Portal and served on all those on the attached Service List on this 30th day of March 2020.

By: */s/ Stephanie Deutsch*
STEPHANIE C. DEUTSCH, ESQ.
Fla. Bar No. 503584

## SERVICE LIST

Kevin R. Anderson, Esquire
*Anderson & Welch, LLC*
500 S Australian Ave, 6th Floor
West Palm Beach, FL 33401-6223
Office: 561-832-3386
Cell: 561-832-3386
Fax: 561-820-4867
Email: kan@andersonandwelch.com

Scott D. Alexander, Esquire
*Johnson Anselmo Murdoch et al*
2455 E Sunrise Blvd Ste 1000
Fort Lauderdale, FL 33304-3113
Office: 954-463-0100
Cell: 954-463-0100
Fax: 954-463-2444
Email: alexander@jambg.com